■ GERMAN CASTRO v. KENNETH C. SZE.— Motion to dismiss appeal denied without prejudice to renewal on compliance with rule 600.11(d) of this court (22 NYCRR 600.11[d]). In addition, counsel's attention is called to Weinstein-Korn-Miller, N. Y. Prac. (vol. 7, par. 5501.13). Concur — Stevens, P. J., McGivern, Steuer, Tilzer and Eager, JJ.